UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

**Case No.:**    2:25-cv-05490-JWH-BFM                **Date:**  May 21, 2026

**Title:**    *Bruce Thorns v. County of Los Angeles Sheriffs Department*

===============================================================

Present:  The Honorable Brianna Fuller Mircheff, United States Magistrate Judge

Christianna Howard                                              N/A
Deputy Clerk                                        Court Reporter / Recorder

Attorneys Present for Plaintiff:                 Attorneys Present for Defendant:
N/A                                                            N/A

**Proceedings:**    **(In Chambers) Order to Show Cause for Failure to Notify Court of Address Change**

The Court has received a notice of mail returned regarding the District Judge's recent Order. (ECF 44.) Under Local Rule 41-6, "[a] party proceeding pro se must keep the Court and all other parties informed of the party's current address as well as any telephone number and email address." L.R. 41-6. "If a Court order or other mail served on a pro se plaintiff at his address of record is returned by the Postal Service as undeliverable and the pro se party has not filed a notice of change of address within 14 days of the service date of the order or other Court document, the Court may dismiss the action with or without prejudice for failure to prosecute." *Id.*

The Court therefore orders Plaintiff Bruce Thorns to show cause—meaning, to explain in writing—why this case should not be dismissed for failure to keep the Court informed of his current address. Plaintiff's response to this Order must be filed no later than **June 18, 2026**. Providing the Court

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

**Case No.:**     2:25-cv-05490-JWH-BFM          **Date:**  May 21, 2026

**Title:**    *Bruce Thorns v. County of Los Angeles Sheriffs Department*

============================================================

with his current address will constitute an adequate response to this Order. Failure to respond to the Court's order may result in this case being dismissed without prejudice.

**IT IS SO ORDERED.**

cc:     Bruce Thorns, pro se
        Counsel of record

                              Initials of Preparer:     ch